JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual, | Case No.: 2:21-cv-05230-RGK-AS |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | |
| JMH REALTY LLC, a California limited liability company; and Does 1-10, | [~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed:  June 26, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendant JMH Realty LLC, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:     February 28, 2022
_____          _____
                                  Hon. R. Gary Klausner
                                  United States District Judge

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE